IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS J. PLATERO as Personal Representative
for the Estate of EMMA P. JONES, Deceased,

      Plaintiff,

v.     Civil No. 1:17-cv-00343 MV-JHR

UNITED STATES OF AMERICA,

      Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Travis J. Platero, and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action is dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

*/s/ Electronically approved January 3, 2018*
Scott E. Borg
BARBER & BORG, LLC
P.O. Box 30745
Albuquerque, NM 87190
Phone: (505) 884-0004
scott@barberborg.com
*Counsel for Plaintiff*

*-and*

JAMES D. TIERNEY
Acting United States Attorney

        */s/ Erin E. Langenwalter*
        ERIN E. LANGENWALTER
        Assistant United States Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103
        Phone: (505) 346-7274
        erin.langenwalter@usdoj.gov
        *For Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

For Plaintiff:   Scott E. Borg - scott@barberborg.com

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant United States Attorney